The order of the post-conviction court is affirmed.[18]

Chief Justice CAPPY, Justice CASTILLE, EAKIN and BAER and Justice BALDWIN join the opinion.

■

**John ENGLERT and Renee A. Englert, His Wife, Petitioners,**

v.

**FAZIO MECHANICAL SERVICES, INC. and C.J. Timko, Respondents.**

Supreme Court of Pennsylvania.

Jan. 18, 2007.

---

18. Pursuant to 42 Pa.C.S. § 9711(i), the Prothonotary of the Supreme Court is directed to transmit the complete record of this matter to the Governor.

*ORDER*

PER CURIAM.

AND NOW, this 18th day of January, 2007, the Petition for Allowance of Appeal is hereby GRANTED, the Order of the Superior Court is VACATED, and the matter is REMANDED for application of *McCreesh v. City of Phila.,* 585 Pa. 211, 888 A.2d 664 (2005).[1]

---

1. While the Superior Court majority alluded to the *McCreesh* decision in a footnote, the principles articulated in *McCreesh* are not discussed in any portion of that court's dispositive reasoning or holding.